UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.S., individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA ADVANCED SURGERY CENTER, LP, d/b/a RETINAL CONSULTANTS MEDICAL GROUP AND RETINA CONSULTANTS OF AMERICA,,<br><br>Defendant. | Case No. 2:24-cv-02700-SCR<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT NORTHERN CALIFORNIA ADVANCED SURGERY CENTER, LP d/b/a RETINAL CONSULTANTS MEDICAL GROUP TO RESPOND TO INITIAL COMPLAINT |

On October 22, 2024, the Parties to the above-referenced Action filed a Stipulation to Extend Time for Defendant Northern California Advanced Surgery Center, LP d/b/a Retinal Consultants Medical Group to Respond to the Initial Complaint. The Court having reviewed that stipulation and GOOD CAUSE appearing orders as follows:

The Parties' stipulation is approved. Defendant to respond to the Complaint on or before December 20, 2024.

**IT IS SO ORDERED.**

Dated: October 28, 2024

_____
Honorable Sean C. Riordan
UNITED STATES MAGISTRATE JUDGE

1