UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANCE SCHUDY, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA ADVANCED SURGERY CENTER, LP, d/b/a RETINAL CONSULTANTS MEDICAL GROUP AND RETINA CONSULTANTS OF AMERICA,<br><br>    Defendants. | Case No. 2:24-cv-02700-TLN-SCR<br><br>**ORDER RE JOINT STIPULATED REQUEST TO STAY PROCEEDING UNTIL MEDIATION IS COMPLETED** |

On March 24, 2025, the Parties to the above-referenced Action filed a Stipulation requesting the Court to stay the proceedings until the scheduled July 8, 2025 mediation is completed. The Court having reviewed that stipulation and GOOD CAUSE appearing orders as follows:

    1. The Parties' stipulation is approved.

    2. This case is stayed until mediation is concluded.

3. Pursuant to the stay, all pretrial deadlines and proceedings, including discovery deadlines and Defendant Retina Consultants of America's to March 25, 2025, respond date to the Complaint, are vacated.

4. The parties will file a joint status report by July 14, 2025, informing the Court about the outcome of mediation or, if an additional stay is requested, identifying good cause for such request.

**IT IS SO ORDERED.**

Dated: March 24, 2025

_____
Troy L. Nunley
Chief United States District Judge