UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.S., individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA ADVANCED SURGERY CENTER, LP, d/b/a RETINAL CONSULTANTS MEDICAL GROUP AND RETINA CONSULTANTS OF AMERICA,,<br><br>    Defendant. | Case No.  2:24-cv-02700-TLN-SCR<br><br>**ORDER RE JOINT FURTHER STIPULATED REQUEST TO STAY PROCEEDING UNTIL MEDIATION IS COMPLETED** |

On July 3, 2025, the Parties to the above-referenced Action filed a Stipulation requesting the Court to stay the proceedings until the scheduled October 16, 2025 mediation is completed. The Court having reviewed that stipulation and GOOD CAUSE appearing orders as follows:

1. The Parties' stipulation is approved.
2. This case remains stayed until mediation is concluded.

3. The parties will file a joint status report by October 23, 2025, informing the Court about the outcome of mediation or, if an additional stay is requested, identifying good cause for such request.

**IT IS SO ORDERED.**

Dated: July 3, 2025

Troy L. Nunley
Chief United States District Judge