UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANCE SCHUDY, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA ADVANCED SURGERY CENTER, LP, d/b/a RETINAL CONSULTANTS MEDICAL GROUP AND RETINA CONSULTANTS OF AMERICA,<br><br>　　　　　Defendant. | Case No.  2:24-cv-02700-TLN-SCR<br><br>**ORDER RE JOINT FURTHER STIPULATED REQUEST TO STAY PROCEEDING** |

On October 23, 2025, the Parties to the above-referenced Action filed a Stipulation requesting the Court to stay the proceedings until November 21, 2025. The Court having reviewed that stipulation and GOOD CAUSE appearing orders as follows:

1. The Parties' stipulation is approved.
2. This case is stayed until November 21, 2025.
3. Pursuant to the stay, all pretrial deadlines and proceedings, including discovery deadlines, are vacated.

**IT IS SO ORDERED.**

Dated: October 24, 2025

Troy L. Nunley
Chief United States District Judge