UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.S., individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA ADVANCED SURGERY CENTER, LP, d/b/a RETINAL CONSULTANTS MEDICAL GROUP AND RETINA CONSULTANTS OF AMERICA,,<br><br>Defendant. | Case No. 2:24-cv-02700-TLN-SCR<br><br>**ORDER RE JOINT FURTHER STIPULATED REQUEST TO STAY PROCEEDING UNTIL MEDIATION IS COMPLETED** |

On November 21, 2025, the Parties to the above-referenced Action filed a Stipulation requesting the Court to stay the proceedings until January 12, 2026. The Court having reviewed that stipulation and GOOD CAUSE appearing orders as follows:

1. The Parties' stipulation is approved.
2. This case and all procedural dates remain stayed until January 12, 2026.
3. The parties will file a joint status report by January 12, 2026 informing the Court about the outcome of the further mediation or, if an additional stay is requested, identifying good cause for such request.

**IT IS SO ORDERED.**

Dated: November 21, 2025

_____
Troy L. Nunley
Chief United States District Judge