UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANCE SCHUDY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA ADVANCED SURGERY CENTER, LP, d/b/a RETINAL CONSULTANTS MEDICAL GROUP AND RETINA CONSULTANTS OF AMERICA,<br><br>Defendant. | Case No.  2:24-cv-02700-TLN-SCR<br><br>**ORDER RE JOINT STIPULATED REQUEST TO EXTEND STAY OF PROCEEDINGS** |

On January 12, 2026 the Parties to the above-referenced Action filed a Stipulation requesting the Court to extend the stay of proceedings until March 24, 2026.  The Court having reviewed that stipulation and GOOD CAUSE appearing orders as follows:

1.  The Parties' request for an extension of the stay of proceedings is GRANTED;

2.  This proceedings in this action will be remained stayed until March 24, 2026.

3.  Pursuant to the stay, all pretrial deadlines and proceedings, including discovery deadlines, are vacated.

1

ORDER

**IT IS SO ORDERED.**

DATED: January 13, 2026

_____

Troy L. Nunley
Chief United States District Judge

ORDER