UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANCE SCHUDY, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA ADVANCED SURGERY CENTER, LP, d/b/a RETINAL CONSULTANTS MEDICAL GROUP AND RETINA CONSULTANTS OF AMERICA,<br><br>                    Defendant. | Case No.  2:24-cv-02700-TLN-SCR<br><br>**ORDER RE JOINT STIPULATED REQUEST TO EXTEND STAY OF PROCEEDINGS** |

1

ORDER

On June 10, 2026, the Parties to the above-referenced Action filed a Stipulation requesting the Court to extend the stay of proceedings until October 8, 2026.  The Court having reviewed that stipulation and GOOD CAUSE appearing orders as follows:

1. The Parties' request for an extension of the stay of proceedings is GRANTED;

2. This proceedings in this action will be remained stayed until October 8, 2026.

3. Pursuant to the stay, all pretrial deadlines and proceedings, including discovery deadlines, are vacated.

**IT IS SO ORDERED.**

Dated: June 11, 2026

_____

Troy L. Nunley
Chief United States District Judge

2
ORDER