UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STANCE SCHUDY, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

NORTHERN CALIFORNIA ADVANCED SURGERY CENTER, LP, d/b/a RETINAL CONSULTANTS MEDICAL GROUP AND RETINA CONSULTANTS OF AMERICA,

Defendant.

Case No. 2:24-cv-02700-TLN-SCR

**ORDER RE JOINT STIPULATED REQUEST TO EXTEND STAY OF PROCEEDINGS**

On October 7, 2026, the Parties to the above-referenced Action filed a Stipulation requesting that the Court extend the stay of proceedings until February 4, 2027. Having reviewed the Stipulation, and good cause appearing, the Court ORDERS as follows:

1. The Parties' request for an extension of the stay of proceedings is GRANTED.
2. The proceedings in this Action will remain stayed until February 4, 2027.
3. Pursuant to the stay, all pretrial deadlines and proceedings, including discovery deadlines, are vacated.

IT IS SO ORDERED.

Dated: October 8, 2026

Troy L. Nunley
CHIEF UNITED STATES DISTRICT JUDGE